# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| United States of America | Criminal No. 4:12-cr-00817-005-TLW |
| vs. | |
| Waddell Dontrell Daniels, III, | **ORDER** |
| Defendant. | |

This matter comes before the Court on Defendant's Motion to Delay Reporting, ECF No. 578, which seeks to delay Defendant's report date for commencement of his revocation imprisonment sentence.

On April 18, 2018, a revocation of supervised release hearing was held and Defendant's supervised release was revoked. ECF No. 576. Defendant was sentenced to three months imprisonment with no supervised release to follow. *Id*. Defendant was not taken into custody when his revocation sentence was imposed. *Id*. Instead, Defendant was ordered to continue home incarceration until his report date on May 18, 2018. *Id*.

The instant motion is seeking to delay Defendant's report date in order for Defendant to attend two appointments. ECF No. 578. One appointment relates to a conference regarding child support obligations. ECF No. 578-1. The Court notes that Defendant now has custody of his children. The second appointment relates to a meeting with counsel regarding Defendant's social security case. ECF No. 578-2.

After careful consideration, the Court finds that the reasons set forth in the motion are not a basis to delay Defendant's report date. The Court notes that the documents submitted in support of this motion, ECF Nos. 578-1, 578-2, are dated on or before April 18, 2018, the date of Defendant's revocation hearing; thus, Defendant was on notice of the appointment dates when the

1

Court set his report date of May 18, 2018.  Further, there is no indication that Defendant made an effort to change the appointments once he was under sentence.  Additionally, the Court notes that the violations of supervised release were significant.

For these reasons stated, Defendant's Motion to Delay Reporting, ECF No. 578, is **DENIED**.

**IT IS SO ORDERED**.

s/Terry L. Wooten
Terry L. Wooten
Chief United States District Judge

May 9, 2018
Columbia, South Carolina